UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALAN LEWIS MEIRHOFER,<br><br>　　　　Defendant | NO. CR24-132-JHC<br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

　　a.　　one black -138 Motorola Moto G6 cellular phone; and
　　b.　　one LG ThinQ G7 cellular phone LM-G710VMP1; IMEDI 355933092294522.

Dkt. # 47.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On May 27, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a), and forfeiting the Defendant's interest in it, Dkt. No. 38;

2. The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. No. 44;

3. The United States reviewed the underlying investigative material and did not identify any potential claimants to the Subject Property to whom direct notice should be sent, per Fed. R. Crim. P. 32.2(b)(6)(A); and

4. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of September, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE